**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JACK ARGILA, in his fiduciary capacity as a Trustee of the Stone
Setters Local 84 Pension Fund, Annuity Fund, Vacation Fund,
Apprentice Fund and Promotion Fund a/k/a Stonesetting Industry
Advancement Fund, JACK ARGILA, in his fiduciary capacity as a
Trustee of the Bricklayers Local No. 1 Insurance and Welfare
Fund, JACK ARGILA, as President of the Bricklayers and Allied
Craftworkers Local Union No. 1, B.A.C.I.U., AFL-CIO, and
TRUSTEES OF THE BRICKLAYERS AND TROWEL TRADES
INTERNATIONAL PENSION FUND AND THE
INTERNATIONAL MASONRY INSTITUTE,

|                                         |                           |
|-----------------------------------------|---------------------------|
|                     Plaintiffs,         | **20-CV-8388 (MKV)**      |
|                                         |                           |
|                 -against-               | <u>**ORDER**</u>          |
|                                         |                           |
| PORT MORRIS TILE & MARBLE LP,           |                           |
|                                         |                           |
|                     Defendants.         |                           |

-----------------------------------------------------------------X

**VALERIE FIGUEREDO, United States Magistrate Judge:**

On June 10, 2021, the Honorable Judge Freeman held a settlement conference in this

case. <u>See</u> ECF No. 21; 6/10/2021 Minute Entry. On April 30, 2022, this case was reassigned to

me for the purposes of settlement. The parties are directed to submit a joint letter to the Court by

**January 15, 2023**, indicating whether the parties have had additional settlement discussions or

wish to schedule another settlement conference before this Court.

**SO ORDERED.**

DATED:       New York, New York
             December 19, 2022

             _____
             VALERIE FIGUEREDO
             United States Magistrate Judge